PER CURIAM.
 

 The Appellant, Wayne Seymour, appeals the summary denial of his rule 3.800(a) motion.
 
 [1]
 
 In his motion, the Appellant claimed he was entitled to additional jail time credit. The court’s order summarily denying the Appellant’s motion did not include any record attachments to conclusively refute this claim for relief. The court’s order notes that there was a plea agreement setting the amount of jail credit. However, the agreement was not attached to the order.
 
 See
 
 Fla. R.App. P. 9.141(b)(2)(D);
 
 Friss v. State,
 
 881 So.2d 38 (Fla. 5th DCA 2004).
 

 Therefore, the order summarily denying the Appellant’s rule 3.800(a) motion is reversed and the matter remanded to the trial court to attach those portions of the
 
 *795
 
 record conclusively showing that the Appellant is not entitled to relief.
 

 REVERSED and REMANDED.
 

 TORPY, COHEN and JACOBUS, JJ„ concur.
 

 [1]
 

 . Fla. R.Crim. P. 3.800(a).